455 F.2d 502
 72-1 USTC P 9217
 R. C. MALONE and Nettie A. Malone, Plaintiffs-Appellants,
v.
UNITED STATES of America, Defendant-Appellee.
 No. 71-2543 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 28, 1972.
 
 Ben Ferrell Mitchel, Cleveland, Miss., for plaintiffs-appellants.
 H. M. Ray, U. S. Atty., Oxford, Miss., Jack D. Warren, Atty., Fred B. Ugast, Asst. Atty. Gen., Meyer Rothwacks, Bennet N. Hollander, John M. Scott, Jr., Attys., Tax Div., Dept. of Justice, Washington, D. C., for defendant-appellee.
 Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.
 PER CURIAM:
 
 
 1
 Taxpayers appeal from the first and third questions decided by the District Court in a written opinion. Malone v. United States, 326 F.Supp. 106 (N.D.Miss.1971). For the reasons set forth therein, we affirm.
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I